# UNITED STATES DISTRICT COURT

## FOR THE

### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA     :

v.     :

ADELINA JIMENEZ,     :     No.: 07 CR. 424

             Defendant.     :     Judge Brieant

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

       ADELINA JIMENEZ, the above-named defendant, who is accused of violating 812, 841(a)(1) and (841(b)(1)(A) of Title 21, United States Code, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:    White Plains, New York
        May 16 , 2007