# MEMO ENDORSED

## COHEN, FRANKEL & RUGGIERO, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 793-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JOHN R. BEATTIE
IAN C. LEADERMAN

90-11 35th AVENUE
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718)898-0093

July 9, 2007

**VIA FACSIMILE (914) 390-4085**
The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quaropas Street, Room 275
White Plains, NY 10601-4150

*Application granted. Conference now scheduled for July 24, 2007 at 9:30.*
*Time is excluded under the Speedy Trial Act through July 24, 2007.*
*SO ORDERED. Charles L. Brieant U.S.D.J.*
*Dated: 7-10-2007*

Re: *United States v. Adelina Jimenez*
Docket No. 07 Cr. 424

Dear Judge Brieant:

I am writing to request an adjournment of the status conference currently scheduled before Your Honor on July 10, 2007 at 9:15 a.m. for the reasons that follow, as the parties are finalizing negotiations of an anticipated guilty plea pursuant to a cooperation agreement.

We understand that Assistant United States Attorney Marcia Cohen has had a telephone conversation with Your Honor's Courtroom Deputy, Ms. Alice Cama, who has informed that the Court is available for a conference on July 24, 2007, at 9:30 a.m. If Your Honor would consider such an adjournment, it is respectfully submitted that it is in the interest of the parties to work toward a final resolution of these charges. In addition, as we are completing plea negotiations, the defense has no objection to an Order of Excludable Delay from July 10, 2007 through July 24, 2007, because of the ongoing negotiations and the likely advantages my client would gain from such a disposition.

Your patience and understanding is greatly appreciated.

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/jrb

Cc: A.U.S.A. Marcia Cohen