ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
UNITED STATES OF AMERICA       :
                                INFORMATION
   -v.-                         :
                                S1 07 Cr. 424 (CLB)
ADELINA JIMENEZ,               :

        Defendant.             :

------------------------------------- x

U.S. DISTRICT COURT FILED
AUG 0 1 2007
S.D. OF N.Y. W.P.

## COUNT ONE

The United States Attorney charges:

1. From in or about at least November 2005 up to and including on or about November 3, 2006, in the Southern District of New York and elsewhere, ADELINA JIMENEZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ADELINA JIMENEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

3. It was a further part and an object of the conspiracy that ADELINA JIMENEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute one kilogram and more of mixtures and substances, containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States

Code.

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, ADELINA JIMENEZ, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York:

    a. On or about November 2, 2006, ADELINA JIMENEZ, the defendant, provided a co-conspirator not named herein ("CC-1") with two kilograms of cocaine in New York, New York;

    b. On or about November 2, 2006, CC-1 delivered one of the kilograms of cocaine, discussed above, to a purchaser in Yonkers, New York;

    c. On or about November 3, 2006, in New York, New York, ADELINA JIMENEZ, the defendant, received for delivery to another, a package containing approximately 12 kilograms of cocaine.

(Title 21, United States Code, Section 846.)


MICHAEL J. GARCIA
United States Attorney