ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       -against-                                  :     S1 07 Cr. 424 (CLB)(LMS)

ADELINA JIMINEZ,                             :

                                            :
           Defendant.
                                            :
------------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record.  The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated September 17, 2007, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: *September 18, 2007*
White Plains, New York

                                                _____
                                                Charles L. Brieant
                                         United States District Judge