

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 5, 2008


Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: United States v. Adelina Jimenez
        07 Cr. 424 (CLB)

Dear Judge Brieant:

    I write on behalf of the Government to confirm that the sentencing in the above-referenced case has been adjourned from February 6, 2008 to 9:00 a.m. on June 19, 2008.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    Marcia S. Cohen
    Assistant U.S. Attorney
    (914) 993-1902


cc: Mark Cohen, Esq.